# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-5307**  **September Term, 2015**

1:13-cv-00851-RJL

Filed On: November 16, 2015

Larry Elliott Klayman, et al.,

    Appellees

  v.

Barack Obama, et al.,

    Appellants

Roger Vinson,

    Appellee

**BEFORE:** Tatel, Griffith, and Millett, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal, the response thereto, and the reply; and the administrative stay entered on November 10, 2015, it is

**ORDERED** that the administrative stay be dissolved. It is

**FURTHER ORDERED** that the motion for a stay be granted. Appellants have satisfied the requirements for a stay pending appeal. See Winter v. Natural Res. Def. Council, 555 U.S. 7, 129 S. Ct. 365, 374 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2015).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Scott H. Atchue
      Deputy Clerk