# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 15-5307                          September Term, 2015

1:13-cv-00851-RJL

Filed On: April 4, 2016

Larry Elliott Klayman, et al.,

      Appellees

      v.

Barack Obama, et al.,

      Appellants

Roger Vinson,

      Appellee

      **BEFORE:**    Henderson, Kavanaugh, and Millett, Circuit Judges

## O R D E R

Upon consideration of the motion to vacate preliminary injunction and dismiss appeal on grounds of mootness, the opposition thereto, and the reply, it is

**ORDERED** that this appeal be dismissed as moot. See Spirit of the Sage Council v. Norton, 411 F.3d 225, 229 (D.C. Cir. 2005). The preliminary injunction entered by the district court enjoined conduct under the "Bulk Telephony Metadata Program," the authority for which has now ended. See USA FREEDOM Act, Pub. L. No. 114-23, §§ 103, 109, 129 Stat. 268, 272 (2015). In addition, the Foreign Intelligence Surveillance Court's order permitting "technical access" to the bulk telephony metadata previously collected expired on February 29, 2016. It is

**FURTHER ORDERED** that the district court's order filed November 9, 2015, be vacated. See United States v. Munsingwear, Inc., 340 U.S. 36, 39 (1950); Nat'l Black Police Ass'n v. D.C., 108 F.3d 346, 351-53 (D.C. Cir. 1997).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**